

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA       }
      } ss.
NORTHERN DISTRICT OF GEORGIA       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KRISTIN WILHELM MURNAHAN, Georgia Bar No. 759054,** was duly admitted to practice in said Court on APRIL 30, 2001 , and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 9th day of December, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: _____

CHERYL GOINS
Deputy Clerk