# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | |
|---|---|
| Securities and Exchange Commission ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> CapWealth Advisors, LLC et al. ) <br> ) <br> ) <br> *Defendant* ) | Civil Action No. 3:20-1064 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Timothy R. Murphy
2246 Oakleaf Drive
Franklin, Tennessee 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: M. Graham Loomis
Kristin W. Murnahan
Securities and Exchange Commission
950 East Paces Ferry, Rd., NE
Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/2020     *[signature]*
     *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

Securities and Exchange Commission

*Plaintiff*

v.

CapWealth Advisors, LLC et al.

*Defendant*

Civil Action No. 3:20-1064

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Timothy J. Pagliara
427 Canterbury Rise
Franklin, Tennessee 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: M. Graham Loomis
Kristin W. Murnahan
Securities and Exchange Commission
950 East Paces Ferry, Rd., NE
Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff*<br><br>v.<br>CapWealth Advisors, LLC et al.<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 3:20-1064<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CapWealth Advisors, LLC
c/o Timothy J. Pagliara
3000 Meridian Blvd.
Suite 250
Franklin, TN 37067-6396

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: M. Graham Loomis
Kristin W. Murnahan
Securities and Exchange Commission
950 East Paces Ferry, Rd., NE
Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/2020

*Signature of Clerk or Deputy Clerk*