# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CAPWEALTH ADVISORS, LLC *et al* <br><br> Defendants. | Case No. 3:20-cv-01064 <br><br> **Judge Waverly D. Crenshaw Jr./Magistrate Judge Jeffrey S. Frensley** <br><br> **JURY DEMAND** |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The defendants CapWealth Advisors, LLC ("CapWealth"), Timothy J. Pagliara, and Timothy R. Murphy, pursuant to Fed. R. Civ. P. 12(b)(6), move this Court to dismiss the Complaint for failure to state a claim. In support of this Motion, defendants have contemporaneously filed a Memorandum in Support of Motion to Dismiss.

Defendants also attach hereto the following pursuant to ***Blanch v. Trans Union, LLC***, 333 F.Supp.3d 789, 791-92 (M.D. Tenn. 2018) as documents identified in the Complaint and integral to the plaintiff's claims:

1. CapWealth's Policies and Procedures Manual

2. 12b-1 Fee revenue

3. CapWealth's Form ADV Part 2A (December 31, 2018)

Respectfully submitted,

s/ Eugene N. Bulso Jr.
Eugene N. Bulso, Jr. (BPR No. 12005)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system, which is expected to deliver a copy by electronic means to the following on this 11th day of February 2021:

M. Graham Loomis
Kristin W. Murnahan
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E.,
Suite 900
Atlanta, GA 30326-1382
*Attorneys for Plaintiff*

s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr.