# Exhibit 2

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Total 12b1 Fees | $ 202,178 | $ 207,887 | $ 64,053 |
| Total 12b1 Fees tax adjusted | $ 122,116 | $ 125,564 | $ 38,688 |
| CapWealth Total Revenue | $ 5,248,342 | $ 6,022,391 | $ 6,967,187 |
| 12b1 Fees % of Revenue | 3.9% | 3.5% | |
| | | | |
| Accounts that paid a 12b1 fee | 733 | 732 | 684 |
| Average Account 12b1 Fee | $ 275.82 | $ 288.35 | $ 93.37 |
| Highest Total Fee Rate (12b1 Tax Adj + Advisory) | 1.14% | 1.15% | |
| Accounts that paid ZERO advisory fees | 17% | 12% | 11% |
| | | | |
| Accounts with Advisory fee rate discounts | | | |
| Accounts with Minimum Fee Waived | 125 | 281 | 212 |
| Total 12b1 Fees in Accounts with Minimum Fee Waived | $ 13,760.33 | $ 22,788 | $ 5,677 |
| Accounts with Advisory Fee Rate Discounts | 338 | 258 | 283 |
| Total 12b1 Fees in Accounts with Advisory Fee Rate Discounts | $ 131,669.30 | $ 130,572 | $ 44,843 |
| Accounts with No Advisory Fee Rate Discounts | 270 | 194 | 190 |
| Total 12b1 Fees in Accounts with No Advisory Fee Rate Discount | $ 56,749 | $ 54,527 | 13,533 |
| % of accounts with discounts | 69.3% | 73.6% | 72.4% |
| % of 12b1 Fees in discounted accounts | 71.9% | 73.8% | 78.9% |
| Total 12b1 Fees, No Discounts as % of CapWealth Revenue | 1.08% | 0.91% | |