# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

**SECURITIES AND EXCHANGE COMMISSION,**

       **Plaintiff,**

**v.**

**CAPWEALTH ADVISORS, LLC** *et al*

       **Defendants.**

**Case No. 3:20-cv-01064**

**Judge Waverly D. Crenshaw Jr./Magistrate Judge Jeffrey S. Frensley**

**JURY DEMAND**

---

## BUSINESS ENTITY DISCLOSURE FORM

---

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, defendant CapWealth Advisors, LLC ("CapWealth") makes the following disclosures:

1.     CapWealth is a privately held limited liability company, formed in Tennessee with a principal place of business in Franklin, Williamson County, Tennessee.

2.     CapWealth has no parent company.

3.     No publicly held corporation or other publicly held entity owns ten percent (10%) or more of the membership interests in CapWealth.

Respectfully submitted,

s/ Eugene N. Bulso Jr.
Eugene N. Bulso, Jr. (BPR No. 12005)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system, which is expected to deliver a copy by electronic means to the following on this 11th day of February 2021:

M. Graham Loomis
Kristin W. Murnahan
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E.,
Suite 900
Atlanta, GA 30326-1382
*Attorneys for Plaintiff*

s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr.