# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff(s) ) ) | |
| v. ) ) | Case No. 3:20-cv-01064 |
| CAPWEALTH ADVISORS, LLC, et al., ) ) | Judge Crenshaw /Frensley |
| Defendant(s) ) | |

**O R D E R**

The Initial Case Management Conference set for March 2, 2021 at 8:00 a.m. will be conducted by telephone. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge