

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA     }
                                                     } ss.
NORTHERN DISTRICT OF GEORGIA     }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **HARRY B. ROBACK, Georgia Bar No. 706790,** was duly admitted to practice in said Court on DECEMBER 22, 2014 , and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of May, 2021.

JAMES N. HATTEN
CLERK OF COURT

By: _____
CHERYL GOINS
Deputy Clerk