# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 3:20-cv-01064 |
| CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, AND TIMOTHY R. MURPHY, | JURY TRIAL DEMANDED |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE OF HARRY B. ROBACK

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, the undersigned counsel for Plaintiff, Securities and Exchange Commission, hereby moves for admission to appear *pro hac vice* in this action. I declare, under penalty of perjury pursuant to 29 U.S.C. § 1746, that I am a member in good standing of the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that court.

I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any

disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.  By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated:  June 1, 2021

Respectfully submitted,

*/s/ Harry B. Roback*
Harry B. Roback
Senior Trial Counsel
Tennessee Bar No. 021665
Tel: (404) 942-0690
Email: robackh@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Tel (main): (404) 842-7600

# **CERTIFICATE OF SERVICE**

      This is to certify that on June 1, 2021, I caused the following Motion for Admission Pro Hac Vice of Harry B. Roback to be served on the following counsel for defendants through the Court's ECF system:

Bradley J. Bondi
1990 K Street, N.W.
Suite 950
Washington, DC 20006
(202) 862-8910
Email: bbondi@cahill.com

Eugene N. Bulso , Jr.
Bulso PLC
155 Franklin Road
Suite 400
P.O. Box 861
Brentwood, TN 37027
(615) 497-7790
Email: gbulso@bulso.com

Sara E. Ortiz
32 Old Slip
New York, NY 10005
(212) 701-3368
Email: sortiz@cahill.com


                                    */s/ Harry B. Roback*
                                    Counsel for Plaintiff

3
Case 3:20-cv-01064   Document 28   Filed 06/01/21   Page 3 of 3 PageID #: 502