# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | |
| v. | Case No. 3:20-cv-01064 |
| | JUDGES CRENSHAW/FRENSLEY |
| **CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, AND TIMOTHY R. MURPHY,** | JURY TRIAL DEMANDED |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

The parties having determined that certain documents that are relevant to the claims and defenses in this litigation are confidential and should be subject to protection have agreed to the terms of a protective order governing the production of documents in this matter. The parties now jointly move the Court to enter the protective order attached as Exhibit A to this motion.

| WE SO MOVE and agree to abide by the terms of the attached Order | WE SO MOVE and agree to abide by the terms of the attached Order |
|---|---|
| */s/ Eugene N. Bulso, Jr.* <br> Signature | */s/ Kristin W. Murnahan* <br> Signature |
| Eugene N. Bulso, Jr. <br> Printed Name | Kristin W. Murnahan <br> Printed Name |
| Counsel for: Defendants | Counsel for: Plaintiff |
| Dated: June 28, 2021 | Dated: June 28, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification to all counsel of record in this case.

This 28th day of June, 2021.

*/s/ Kristin W. Murnahan*
Counsel for Plaintiff