IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| SECURITIES and EXCHANGE COMMISSION, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:20-cv-01064 |
| CAPWEALTH ADVISORS, LLC, | |
| Defendant. | |

**JOINT CASE RESOLUTION STATUS REPORT**

In accordance with Section F of the Initial Case Management Order (Dkt. 24), the parties submit this Joint Case Resolution Status Report.

1. The parties made their first substantive attempt at settlement on Friday, June 25, 2021.

2. During the June 25 settlement conference, which was conducted remotely, the defendant proposed terms for resolution of this case that were not acceptable to the plaintiff. The plaintiff thereafter made a proposal to the defendant, which the defendant declined. Although this case is in the early stages of discovery, the parties engaged in this substantive attempt at resolution after having exchanged information sufficient to allow them to evaluate and discuss settlement substantively.

2. Although the parties' attempt was not successful, the parties plan to conduct a second substantive attempt at resolution prior to November 30, 2021. If that attempt is not successful, the parties will consider whether scheduling a formal mediation with a third-party neutral may advance the prospects of resolving the case.

4820-4328-1136.1

Respectfully submitted,

s/ Kristin W. Murnahan
M. Graham Loomis
Harry B. Roback
Kristin W. Murnahan
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E.,
Suite 900
Atlanta, GA 30326-1382

*Attorneys for Plaintiff*


s/ Eugene N. Bulso Jr.
Eugene N. Bulso, Jr. (BPR No. 12005)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com

*Attorneys for Defendants*