UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:20-cv-01064 ) |
| CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, and TIMOTHY R. MURPHY, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties filed a status report requesting the Court appoint a Magistrate Judge to serve as a mediator in this matter. (Doc. No. 34). No Magistrate Judge is available to mediate. Accordingly, no later than **August 20, 2021**, the parties shall (1) obtain a mediator, and (2) file a joint notice with the Court identifying the mediator and mediation date. The parties are also reminded of Judge Holmes's instruction that the parties participate in a global mediation in this matter and in Case No. 3:21-cv-00036. (See Doc. No. 31 in Case No. 3:21-cv-00036).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE