# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br><br><br> CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, AND TIMOTHY R. MURPHY, <br><br> Defendants. | Case No. 3:20-cv-01064 <br><br> **JUDGES CRENSHAW/FRENSLEY** |

## JOINT REPORT REGARDING MEDIATION

In accordance with the Court's Orders dated July 23, 2021 and August 17, 2021, the parties conferred this week to select a mediator and a mediation date. The parties also conferred with counsel for Twin City Fire Insurance Company, the defendant in Case No. 3:21-cv-00036. The parties in the above captioned case and the parties in Case No. 3:21-cv-00036 have agreed to participate in a global mediation of their cases to be conducted virtually by mediator Frank A. Lightmas, Jr. on August 31, 2021.

Dated this 20th day of August, 2021.

                Respectfully submitted,

                */s/ Kristin W. Murmahan*
                M. Graham Loomis
                Regional Trial Counsel
                Georgia Bar No. 457868
                Tel: (404) 842-7622
                Email: loomism@sec.gov

                Kristin W. Murnahan
                Senior Trial Counsel
                Georgia Bar No. 759054
                Tel: (404) 842-7655
                Email: murnahank@sec.gov

                Harry B. Roback
                Senior Trial Counsel
                Tennessee Bar No. 021665
                Tel: (404) 942-0690
                Email: robackh@sec.gov

                *COUNSEL FOR PLAINTIFF*
                Securities and Exchange Commission
                Atlanta Regional Office
                950 East Paces Ferry Road, N.E., Suite 900
                Atlanta, GA  30326-1382
                Tel (main): (404) 842-7600
                Fax: (703) 813-9364

                */s/ Eric W. Smith*
                Eugene N. Bulso, Jr. (BPR No. 12005)
                Eric W. Smith (BPR No. 21694)
                BULSO PLC
                155 Franklin Rd., Suite 400
                Brentwood, TN 37027
                Tel: (615) 913-5135
                gbulso@bulso.com
                esmith@bulso.com
                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification to all counsel of record in this case.

This 20th day of August, 2021.

                                              */s/ Kristin W. Murnahan*
                                              Counsel for Plaintiff