# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Case No. 3:20-cv-01064 |
| Plaintiff, | Chief Judge Waverly D. Crenshaw, Jr. |
| v. | Magistrate Judge Jeffrey S. Frensley |
| **CAPWEALTH ADVISORS, LLC,** *et al.*, | **JURY DEMAND** |
| Defendants. | |

## NOTICE OF APPEARANCE

Eric W. Smith, of the law firm Bulso PLC, 155 Franklin Road, Suite 400, Brentwood, Tennessee 37027, hereby enters his appearance in this matter as counsel for the Defendants, CapWealth Advisors, LLC, Timothy J. Pagliara, and Timothy R. Murphy. Mr. Smith serves as co-counsel for the Defendants with Eugene N. Bulso, Jr., Bradley J. Bondi, and Sara E. Ortiz.

Respectfully submitted,

s/ *Eric W. Smith*
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5131
esmith@bulso.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system, which is expected to deliver a copy by electronic means to the following on this 20th day of August 2021:

Harry B. Roback
Kristin W. Murnahan
M. Graham Loomis
Securities and Exchange Commission (Atlanta Office)
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326
robackh@sec.gov
murnahank@sec.gov
loomism@sec.gov
*Attorneys for Plaintiff*

Bradley J. Bondi
Cahill Gordon & Reindel LLP
1990 K Street, N.W.
Suite 950
Washington, D.C. 20006
bbondi@cahill.com
*Attorney for Defendants*

Sara E. Ortiz
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
sortiz@cahill.com
*Attorney for Defendants*

Eugene N. Bulso, Jr.
Bulso PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
gbulso@bulso.com
*Attorney for Defendants*

                                            s/*Eric W. Smith*
                                            Eric W. Smith