UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, AND TIMOTHY R. MURPHY,<br><br>          Defendants. | Case No. 3:20-cv-01064<br><br>JUDGES CRENSHAW/FRENSLEY<br><br>JURY TRIAL DEMANDED |

## JOINT REPORT REGARDING EFFORTS TO RESOLVE THIS MATTER

Since participating in a mediation in an effort to resolve this matter on August 13, 2021, the parties have continued to engage in discovery, including the taking of in-person depositions. As a result, counsel for the parties have had several opportunities to discuss the status of this case. At this time, the positions of the parties have not changed regarding resolution of this matter. The parties have agreed to continue engaging in good faith discussions regarding settlement and will promptly notify the Court if an agreement is reached.

Dated this 30th day of November, 2021.

          Respectfully submitted,

          */s/ Kristin W. Murnahan*
          M. Graham Loomis
          Regional Trial Counsel

Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
Tel: (404) 842-7655
Email: murnahank@sec.gov

Harry B. Roback
Senior Trial Counsel
Tennessee Bar No. 021665
Tel: (404) 942-0690
Email: robackh@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Tel (main): (404) 842-7600
Fax: (703) 813-9364

*/s/ Eric W. Smith*
Eugene N. Bulso, Jr. (BPR No. 12005)
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com
esmith@bulso.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on November 30, 2021, I caused the following Report Regarding Mediation to be served on the following counsel for defendants through the Court's ECF system:

Bradley J. Bondi
Cahill Gordon & Reindel LLP
1990 K Street, N.W.
Suite 950
Washington, DC 20006


Eugene N. Bulso, Jr.
Eric W. Smith
Bulso PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027


Sara E. Ortiz
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

*/s/ Kristin W. Murnahan*
Counsel for Plaintiff