UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, AND TIMOTHY R. MURPHY,<br><br>Defendants. | | Case No. 3:20-cv-01064<br><br>JUDGES CRENSHAW/FRENSLEY<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S WITNESS LIST

| Witness Name | Address | Subject Matter of Testimony |
|---|---|---|
| Timothy Pagliara | c/o Eugene N. Bulso, Jr.<br>Bulso PLC<br>155 Franklin Rd., Suite 400<br>Brentwood, TN 37027 | CapWealth's Business Operations; Allegations of the Complaint; Communications with clients about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest; Fiduciary Duties; Disclosure Obligations |
| Timothy Murphy | c/o Eugene N. Bulso, Jr.<br>Bulso PLC<br>155 Franklin Rd., Suite 400<br>Brentwood, TN 37027 | CapWealth's Business Operations; Allegations of the Complaint; Communications with clients about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest; Fiduciary Duties; Disclosure Obligations |

| | | |
|---|---|---|
| Phoebe Venable | c/o Eugene N. Bulso, Jr<br>Bulso PLC<br>155 Franklin Rd., Suite 400<br>Brentwood, TN 37027 | CapWealth's Business Operations; Allegations of the Complaint; 12b-1 fees; Advisory fee discounts; tax benefits; Disclosure obligations |
| Scott Roland | c/o Thomas K. Potter, III<br>Burr Forman<br>222 Second Avenue South<br>Suite 2000<br>Nashville, TN 37201 | CapWealth's Business Operations; CapWealth's Disclosures; Communications with Defendants; 12b-1 fees; Advisory fee discounts; tax benefits |
| Mark Willoughby | c/o Eric Feld<br>Guerra King P.A.<br>5505 West Gray Street<br>Tampa, FL 33609 | CapWealth's Business Operations; Communications with Defendants; 12b-1 fees; Advisory fee discounts; tax benefits |
| Steven Rapkin | c/o Plaintiff's counsel<br>950 East Paces Ferry Rd., NE<br>Suite 900<br>Atlanta, GA 30326 | Summary witness regarding data of 12b-1 fees, advisory fees, fee discounts, and tax benefits; Summary witness regarding availability of lower cost share classes |
| Gary Gibbons | 8628 N. Skyline Dr.<br>Phoenix, AZ 85028 | Opinion witness regarding fiduciary duty of investment advisors and disclosure obligations |
| Christopher Anthony | c/o Craig L. Hymowitz, Esq.<br>Assistant General Counsel<br>StoneX Financial Inc.<br>2 Perimeter Park South<br>Suite 100 West<br>Birmingham, AL 35243 | Availability of lower cost share classes; Cost of converting to lower cost share classes |
| Records Custodian, Stone X Financial Inc. | c/o Craig L. Hymowitz, Esq.<br>Assistant General Counsel<br>StoneX Financial Inc.<br>2 Perimeter Park South<br>Suite 100 West<br>Birmingham, AL 35243 | Authentication of documents if admissibility is not stipulated |

| | | |
|---|---|---|
| Records Custodian, Pershing Advisors Solutions, LLC | c/o Lisa Blank<br>Vice President & Counsel<br>Regulatory Enforcement & Investigations<br>BNY Mellon Legal Department<br>240 Greenwich Street, 18th Floor<br>New York, NY  10286 | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Capital Group's American Funds | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Massachusetts Financial Services (MFS) Company | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Massachusetts Investors Trust | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Franklin Templeton Investments | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Invesco | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Fidelity Investments | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Delaware Investments | | Authentication of documents if admissibility is not stipulated |
| Records Custodian, Securities and Exchange Commission | c/o Plaintiff's counsel<br>950 East Paces Ferry Rd., NE<br>Suite 900<br>Atlanta, GA 30326 | Authentication of documents filed with the Securities and Exchange Commission by Mutual Fund companies identified above on Witness List if admissibility is not stipulated and an Records Custodian for the Mutual Fund Company is not available |

| | | |
|---|---|---|
| Lisa Ann Hughey | 113 Prospect Hill<br>Nashville, Tennessee 37205 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest |
| Jimmy Lampley | 1090 Kelvington Way SW<br>Lilburn, GA 30047 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest |
| Mary Lampley | 1090 Kelvington Way SW<br>Lilburn, GA 30047 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest |
| Lawrence Langteau | 1641 Tappahannock Trail<br>Marietta, GA 30062 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest |
| Phyllis McKinney | 42 Sammy Lane South<br>Brush Creek, Tennessee 38547 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest |
| Mitchell Watts | 129 Upper Station Camp Creek Road<br>Gallatin, Tennessee 37066 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax |

| | | |
|---|---|---|
| | | benefits, and conflicts of interest |
| Jerry Winstead | 4322 Springdale Path The Villages, FL 32163 | Communications with Defendants about 12b-1 fees, availability of lower cost share classes, advisory fees, discounts to advisory fees, tax benefits, and conflicts of interest |

Dated: May 27, 2022

Respectfully submitted,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

William P. Hicks
Senior Trial Counsel
Georgia Bar No. 351649
Tel: (404) 842-7675
Email: hicksw@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
Tel: (404) 842-7655
Email: murnahank@sec.gov

Harry B. Roback
Senior Trial Counsel
Tennessee Bar No. 021665
Tel: (404) 942-0690
Email: robackh@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Tel (main): (404) 842-7600
Fax: (703) 813-9364

# CERTIFICATE OF SERVICE

This is to certify that on May 27, 2022, I caused the following Plaintiff's Witness List to be served on the following counsel for defendants through the Court's ECF system:

Bradley J. Bondi
Cahill Gordon & Reindel LLP
1990 K Street, N.W.
Suite 950
Washington, DC 20006


Eugene N. Bulso, Jr.
Eric W. Smith
Bulso PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027


Sara E. Ortiz
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005


*/s/ Kristin W. Murnahan*
Counsel for Plaintiff