# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               **Plaintiff**<br>**,**<br><br>        **v.**<br><br><br>CAPWEALTH ADVISORS, LLC, TIMOTHY J. PAGLIARA, AND TIMOTHY R. MURPHY,<br><br>               **Defendants.** | **Case No. 3:20-cv-01064**<br><br>**JUDGES CRENSHAW/FRENSLEY** |

## JOINT NOTICE

In accordance with this Court's direction at the hearing on May 31, 2022, the parties jointly notify the Court that an in-person mediation has been scheduled before John Farringer for 9:00 a.m. on August 30, 2022.

Respectfully submitted,

/s/ Harry B. Roback
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
Tel: (404) 842-7655
Email: murnahank@sec.gov

4877-7454-3396.1

Harry B. Roback
Senior Trial Counsel
Tennessee Bar No. 021665
Tel: (404) 942-0690
Email: robackh@sec.gov

*COUNSEL FOR PLAINTIFF*
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Tel (main): (404) 842-7600
Fax: (703) 813-9364


/s/ Eugene N. Bulso Jr.
Eugene N. Bulso, Jr. (BPR No. 12005)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com

*Counsel for Defendants*

4877-7454-3396.1

2