UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-1064 |
| CAPWEALTH ADVISORS, LLC et al | ) |
| Defendants. | ) |

### ORDER

The United States of America's Unopposed Motion to Withdraw as Local Counsel and Terminate Notifications (Doc. No. 168) is **GRANTED**. Assistant United States Attorney Kathryn Risinger is hereby terminated as local counsel for Plaintiff.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE